UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:11-CR-5 F

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER TO SEAL |
| JERRY LONG | |

On motion of the Defendant, Jerry Long, and for good cause shown, it is hereby ORDERED that Exhibit 2 to Sentencing Memorandum [DE-32] be sealed until further notice by this Court.

SO ORDERED.

This the 9th day of November, 2011.

_____
JAMES C. FOX
Senior United States District Judge